UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-116-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ERIC ALEXANDER GLENN | ) | |

For good cause shown, the United States' motion to seal its Motion to Continue Sentencing Hearing is hereby GRANTED, except that copies of the Motion shall be provided to the government and Defendant.

SO ORDERED.

This the 19TH day of October, 2012.

LOUISE W. FLANAGAN
United States District Judge